UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>       Plaintiff,<br><br>   v.<br><br>J. BURNES, et al.,<br><br>       Defendants. | 1:23-cv-00376-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS<br><br>ORDER DENYING DUPLICATIVE MOTIONS AS MOOT<br><br>(Doc. Nos. 8, 9) |

Plaintiff—a prisoner—initiated this action on March 3, 2023, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, Complaint). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support. (Doc. Nos. 2, 4).[1] Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $110.00[2] (20% of the average 6-month deposits to the prisoner's**

---

[1] Plaintiff also filed duplicative motions to proceed *in forma pauperis* on April 14, 2023. (Doc. Nos. 8, 9). The granting of the instant motion moots these later filed motions.

[2] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance. 28 U.S.C. § 1915(b)(1)(A), (B). Plaintiff had over $3327.75 in deposits over

1

**account).** Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account. The California Department of Corrections is required to send as an initial payment of the lesser of $110.00 or the remaining balance in Plaintiff's inmate trust fund account, to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of the lesser amount of $110.00 or the balance in Plaintiff's inmate trust fund account, to the Clerk of the Court in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

5. Plaintiff's motions to proceed *in forma pauperis* (Doc. Nos. 8, 9) are MOOT.

Dated: April 19, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

the relevant six-month period. (*See* Doc. No. 4). The Court did not include the $7,000.00 direct restitution payment when calculating the six-month total deposits.

2