UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>        Plaintiff,<br><br>    v.<br><br>J. BURNES, et al.,<br><br>        Defendants. | Case No. 1:23-cv-00376-JLT-HBK (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Doc. No. 46) |

      Pending before the Court is Defendants' Motion for Administrative Relief filed September 23, 2024. (Doc. No. 46). Defendants seek a 14-day extension of time to the current September 23, 2024 deadline[1] to respond to Plaintiff's discovery requests. (*Id*. at 3-4). In a declaration, defense counsel asserts that good cause for the extension exists because the four defendants have had various preplanned and unplanned trips (including one emergency international trip) since Plaintiff propounded his discovery requests on August 5, 2024, and as a result coordinating responses to the discovery responses has been delayed. (*Id*. at 3 ¶¶ 7-8).

      The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P.

---

[1] The Case Management Scheduling Order advises the parties that "Eleventh hour[] motions, i.e. motions filed on the eve of the deadline expiration, to extend a deadline will only be granted . . . upon a showing of extraordinary circumstances." (Doc. No. 38 at 4-5). The Parties are reminded that any further eleventh-hour filings will be held to the stringent standard set forth in the Case Management Scheduling Order.

6(b)(1)(A).  The Court finds good cause to grant the requested extension.

ACCORDINGLY, it is **ORDERED**:

1. Defendants' Motion for Administrative Relief (Doc. No. 46) is GRANTED.
2. The deadline for Defendants to respond to Plaintiff's discovery requests is extended from September 23, 2024 to October 7, 2024.
3. Defendants shall return the Consent/Decline to Magistrate Judge Jurisdiction form (Doc. No. 6-1 at 3) as previously directed in the June 20, 2024 Case Management and Scheduling Order (Doc. No. 38 at 4, ¶ V) within fourteen (14) days of this Order.

Dated:  September 24, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE