UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>  Plaintiff,<br><br>  v.<br><br>J. BURNES, et al.,<br><br>  Defendants. | Case No.  1:23-cv-00376-JLT-HBK (PC)<br><br>ORDER RESETTING DISPOSITIVE MOTIONS DEADLINE<br><br>SEPTEMBER 10, 2025 DEADLINE |

On June 20, 2024, the Court issued a Case Management and Scheduling Order. (Doc. No. 38). Therein the Court set a dispositive motion deadline for June 19, 2025. (*Id*. at 4, ¶ D). On May 20, 2025, the Court set this case for a settlement conference. (Doc. No. 61). On June 17, 2025, the parties participated in a settlement conference before a United States Magistrate Judge that resulted in an impasse. (Doc. No. 69). Because the dispositive motion deadline expired while the parties were engaged in settlement discussions, the Court will reset the dispositive motion deadline.

Accordingly, it is hereby **ORDERED**:

1. The Court resets the dispositive motion deadline to September 10, 2025.
2. The deadline to file oppositions to dispositive motions, including motions for summary judgment, is thirty (30) days from the date the motion is filed. The deadline

       to file replies to oppositions is fourteen (14) days from the date the opposition is filed. If a party needs an extension to these deadlines, that party may file a motion for an extension of time and must show good cause.

3. In addition to complying with the applicable rules, a motion and incorporated memorandum and any responses in opposition shall not exceed twenty-five (25) pages in length, exclusive of exhibits. A moving party's reply brief shall not exceed seven (7) pages in length. A party must move and show good cause for exceeding these page limitations before filing a motion in excess of these pages. Any motions filed in excess of these page limitations may be struck.

4. Defendants shall lodge a Word version of any dispositive motion to chambers at: hbkorders@caed.uscourts.gov and shall mail or deliver courtesy hard-copies of any motions with exhibits that exceed twenty-five (25) pages in length to the Clerk of Court at 2500 Tulare St., Fresno, CA 93721 and marked "to the Attention of: HBK Chambers." Courtesy hard-copies shall reflect the CM/ECF document numbers and pagination.

Dated: July 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE