IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>Plaintiff,<br><br>v.<br><br>SGT. J. BURNES, et al.,<br><br>Defendants. | 1:23-cv-00376-HBK (PC)<br><br>ORDER GRANTING EX PARTE MOTION<br><br>(Doc. No. 83) |

Good cause appearing, Defendants' Motion to Modify the Second Scheduling Order (Doc. No. 75) to extend the expert disclosures and rebuttal expert disclosures deadlines, is GRANTED. The deadlines to serve expert disclosures and rebuttal expert disclosures are extended by thirty-one days, respectively. Therefore, the deadline for the parties to serve expert disclosures is now January 2, 2026. The deadline for the parties to serve rebuttal expert disclosures is now February 2, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: __December 1, 2025__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE